IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| XIA ZHAO and DAVID EHRMANN, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 11-2536 |
| SKINNER ENGINE COMPANY *et al.*, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 1st day of September, 2011, upon careful consideration of plaintiffs Xia Zhao and David Ehrmann's motion to remand (document no. 10), removing defendants HF Rubber Machinery Inc. and Farrel Corporation's opposition, defendant Polymer Machinery Company's opposition, defendant Shar Systems, Inc.'s opposition, plaintiffs' replies, and removing defendants' sur-reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED**, and the action is **REMANDED** to the Court of Common Pleas of Philadelphia County. The clerk shall **CLOSE** this case for statistical purposes.

    /s/William H. Yohn, Jr., Judge
    William H. Yohn, Jr., Judge